*Martin Zeldis*, public defender, in opposition.

Decided June 29, 2006

## STATE OF CONNECTICUT *v.* KEITH B.

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 643 (AC 26223), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Jodi Zils Gagne*, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided June 29, 2006

## STATE OF CONNECTICUT *v.* JASON MILLER

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 362 (AC 26286), is denied.

*John W. Watson*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided June 29, 2006

## WILLIAM FARADAY *v.* COMMISSIONER OF CORRECTION

The petition by the respondent for certification for appeal from the Appellate Court, 95 Conn. App. 1 (AC 26340), is granted, limited to the following issue: